IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHANE C. BORER,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>ROB JEFFREYS,<br><br>　　　　　Respondent. | 4:25CV3098<br><br>**MEMORANDUM AND ORDER** |

　　　　This matter is before the Court on Petitioner's "Motion for Extension of Time to File Response Brief and Request for Additional Documents and Leave to Add NSP Mailroom Records." Filing No. 17. Petitioner requests five additional records (the "Request for Additional Records"), which he indicates are not contained in Respondent's Designation of State Court Records, Filing No. 12, and which the Court was unable to locate in the Designation. Petitioner also seeks an extension of his December 29, 2025, brief deadline (the "Request for Extension") because he needs the additional records he requests in his Motion to respond to Respondent's arguments regarding "statute of limitations and procedural bar." Filing No. 17 at 1. Petitioner also seeks the Court's leave to file additional documents from the Nebraska State Penitentiary mailroom to show mailing and receipt dates relevant to his argument (the "Request to File Documents"). Filing No. 17 at 2.

　　　　Upon consideration, the Court will require Respondent to file a response to Petitioner's Request for Additional Records as set forth below and will reserve ruling on the Request until after Respondent files his response. The Court will also grant Petitioner's Request for Extension and will extend his brief deadline to 30 days after the

Court rules on his Request for Additional Records. The Court will also grant Petitioner's Request to File Documents, and Petitioner may file the additional mailroom documents he indicates along with his brief.

IT IS THEREFORE ORDERED that:

1. Respondent shall file a response to Petitioner's Request for Additional Records, Filing No. 17, on or before **January 14, 2026**. Respondent may attach additional records to his response if deemed appropriate.

2. The Court will reserve ruling on Petitioner's Request for Additional Records, Filing No. 17, until after Respondent files his response.

3. Petitioner's Request for Extension and Request to File Documents are granted as follows: Petitioner shall have 30 days after the Court rules on Petitioner's Request for Additional Records to file a brief in response to Respondent's answer and may file the additional mailroom documents he references along with his brief.

4. The Clerk of Court is directed to set a pro se case management deadline set in this case using the following text: **January 14, 2026**: check for Respondent's response to Petitioner's Request for Additional Records.

Dated this 15th day of December, 2025.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge