IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

SHANE C. BORER,

               Petitioner,

vs.

ROB JEFFREYS,

               Respondent.

**4:25CV3098**

**MEMORANDUM AND ORDER**

This matter is before the Court on Petitioner's Request for Additional Records, in which he requests five additional records, Items A through E.  Filing No. 17.  For the reasons that follow, Petitioner's request is denied as moot.

On December 15, 2025, the Court directed Respondent to file a response to Petitioner's Request for Additional Records on or before January 14, 2026, and granted Petitioner a 30-day extension of time after the Court ruled on his Request for Additional Records to file his brief in response to Respondent's answer and supporting brief.  Filing No. 18.  Respondent filed his response on January 13, 2026, and submitted that Item C, Petitioner's Petition for Further Review and Memorandum Brief in Support, is already contained within the Designation of State Court Records in Support of Answer at Filing No. 12-12.  Respondent included with his response copies of Items A, B, and D—the state district court's October 31, 2022, and April 9, 2025, judgments on the direct appeal and postconviction appeal mandates and the State of Nebraska's March 28, 2025, "Objection to Appellant's Petition for Further Review."  Respondent also indicated he was not in possession of Item E—Petitioner's objection to the State's March 28, 2025, objection to his petition for further review and the appellate court's related

correspondence—as such documents were not contained in the state appellate courts' records, but Respondent had no objection to Petitioner filing a copy of Item E. Filing No. 19. On February 10, 2026, Petitioner filed his reply, Filing No. 20, and supporting brief, Filing No. 21, in response to Respondent's answer, along with eight exhibits, Filing No. 22. Among these exhibits is Exhibit G, which corresponds to Petitioner's Item E from his Request for Additional Records. Filing No. 22 at 9–12.

Upon review, the five additional records sought by Petitioner in his Request for Additional Records are clearly contained within the record and available to the Court. See Filing No. 12-12; Filing Nos. 19-1, 19-2, & 19-3; Filing No. 22 at 9–12. Accordingly,

IT IS ORDERED that:

1.      Petitioner's Request for Additional Records, Filing No. 17, is denied as moot.

2.      As the parties have submitted their briefing in accordance with the Court's July 31, 2025, progression order, see Filing No. 21; Filing No. 23, this matter is ripe for disposition, and the Court will issue a ruling in due course.

Dated this 8th day of June, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge

2